IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HORIZON PHARMA, INC. and HORIZON PHARMA USA, INC., *Plaintiffs*, v. PAR PHARMACEUTICAL COMPANIES, INC. and PAR PHARMACEUTICAL, INC., *Defendants*. | C.A. No. _____ |

### PLAINTIFFS HORIZON PHARMA, INC. AND HORIZON PHARMA USA, INC.'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned counsel for Plaintiffs Horizon Pharma, Inc. and Horizon Pharma USA, Inc. certifies the following: Horizon Pharma USA, Inc. is a wholly-owned subsidiary of Horizon Pharma, Inc. Horizon Pharma, Inc. is a publicly-held corporation, and no other publicly-held corporation owns 10% or more of the stock of Horizon Pharma, Inc.

                                                Respectfully submitted,

Date: March 28, 2012

/s/ JCP

John C. Phillips, Jr. (No. 110)
Megan C. Haney (No. 5016)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806-4204
Voice:       (302) 655-4200
JCP@pgslaw.com
MCH@pgslaw.com

Of Counsel:

Robert F. Green
Caryn C. Borg-Breen
Jessica M. Tyrus
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 North Stetson
Chicago, Illinois 60601
Voice:       (312) 616-5600
Facsimile:   (312) 616-5700
rgreen@leydig.com
cborg-breen@leydig.com
jtyrus@leydig.com

Dennis A. Bennett
GLOBAL PATENT GROUP, LLC
1005 North Warson Road, Suite 201
St. Louis, Missouri 63132
Voice:       (314) 812-8018
Facsimile:   (314) 685-2300
dennisbennett@globalpatentgroup.com

*Attorneys for Plaintiffs Horizon Pharma, Inc. and Horizon Pharma USA, Inc.*