# PHILLIPS, GOLDMAN & SPENCE, P. A.

JOHN C. PHILLIPS, JR.
STEPHEN W. SPENCE*
ROBERT S. GOLDMAN**†**
LISA C. MCLAUGHLIN†
JAMES P. HALL
DAVID A. BILSON***
MEGAN C. HANEY
STEPHEN A. SPENCE
AARON C. BAKER

ALSO MEMBER OF
*PENNSYLVANIA BAR
**NEW JERSEY BAR
†MARYLAND BAR
†FLORIDA BAR

ATTORNEYS AT LAW
PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)
www.pgslaw.com

November 5, 2012

*Via Electronic Filing*

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
822 North King Street
Wilmington, DE 19801

  Re: *Horizon Pharma, Inc. et. al. v. Par Pharmaceutical Companies, Inc., et al.*,
     Civil Action No. 12-cv-393 (LPS)

Dear Judge Stark:

  Pursuant to Paragraph 8 of the Scheduling Order that has been entered in the above-captioned case (D.I. 22), Plaintiffs Horizon Pharma, Inc. and Horizon Pharma USA, Inc. ("Horizon"), and Defendants Par Pharmaceutical Companies, Inc. and Par Pharmaceutical, Inc. ("Par") jointly submit this interim status report.

## I. Nature and Stage of the Proceedings

  This case is a patent infringement suit involving U.S. Patent No. 8,067,033 ("the '033 patent") and relating to Par's filing of an Abbreviated New Drug Application, which seeks approval from the Food and Drug Administration to market a generic version of Horizon's drug, Duexis®, prior to the expiration of the '033 patent. Duexis® is indicated for the relief of signs and symptoms of rheumatoid arthritis and osteoarthritis and to decrease the risk of developing upper gastrointestinal ulcers in patients who are taking ibuprofen for those indications. Horizon filed a complaint against Par on March 28, 2012 (D.I. 1), in which Horizon alleged infringement of the '033 patent. Par filed an answer and counterclaim on April 26, 2012, in which Par alleged non-infringement and invalidity of the '033 patent.

  Horizon produced to Par its infringement contentions concerning the '033 patent on October 17, 2012, and Par is to produce to Horizon its invalidity contentions concerning the '033 patent on November 16, 2012. The parties are to submit to the Court a joint claim construction chart on December 21, 2012, with a claim construction hearing scheduled for April 16, 2013. Fact discovery is scheduled to close on April 12, 2013, and expert discovery is scheduled to close on October 7, 2013, with a five-day bench trial scheduled to begin on January 27, 2014.

The Honorable Leonard P. Stark
November 5, 2012
Page 2

## II.     Progress in Discovery

The parties are currently in the midst of fact discovery and preliminary matters concerning claim construction. At the present time, the parties do not anticipate the need to deviate from the Scheduling Order that has been entered in this case.

## III.    Issues Requiring the Court's Attention

At the present time, there are no issues requiring the Court's attention.

Respectfully submitted,

John C. Phillips, Jr. (No. 110)

cc:     Clerk of Court (via hand delivery)
        Counsel of Record (via e-mail)