# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HORIZON PHARMA, INC. and HORIZON PHARMA USA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PAR PHARMACEUTICAL COMPANIES, INC. AND PAR PHARMACEUTICAL, INC.<br><br>Defendants. | C.A. No. 12-393-LPS<br>(Consolidated) |

## STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, the Plaintiffs and Defendants hereby stipulate and agree that the above actions, including all claims, counterclaims and affirmative defenses, are dismissed without prejudice, and without costs, disbursements or attorneys' fees to any party.

| PHILLIPS, GOLDMAN & SPENCE, P.A. | RICHARDS, LAYTON & FINGER P.A. |
|---|---|
| */s/ John C. Phillips, Jr.* | */s/ Steven J. Fineman* |
| John C. Phillips, Jr. (No. 110) | Steven J. Fineman (No. 4025) |
| Megan C. Haney (No. 5016) | Katherine Lester (No. 5629) |
| 1200 North Broom Street | One Rodney Square |
| Wilmington, DE 19806 | 920 N. King Street |
| Telephone: (302) 655-4200 | Wilmington, DE 19801 |
| Facsimile: (302) 655-4210 | Telephone: (302) 651-7700 |
| Email: jcp@pgslaw.com | Facsimile: (302) 655-7701 |
| Email: mch@pgslaw.com | Email: fineman@rlf.com |
|  | Email: lester@rlf.com |
|  |  |
| OF COUNSEL: | OF COUNSEL: |
|  |  |
| Robert F. Green | Daniel G. Brown |
| Caryn C. Borg-Breen | Gina R. Gencarelli |
| Jessica M. Tyrus | Jennifer R. Saionz |
| LEYDIG, VOIT & MAYER, LTD. | LATHAM & WATKINS LLP |
| Two Prudential Plaza, Suite 4900 | 885 Third Avenue |
| 180 North Stetson | New York, NY 10022 |
| Chicago, Illinois 60601 | Telephone: (212) 906-1200 |
| Telephone: (312) 616-5600 | Facsimile: (212) 751-4864 |
| Facsimile: (312) 616-5700 | Email: Daniel.Brown@lw.com |
| Email: rgreen@leydig.com | Email: Gina.Gencarelli@lw.com |
| Email: cborg-breen@leydig.com | Email: Jennifer.Saionz@lw.com |
| Email: jtyrus@leydig.com |  |
|  | *Attorneys for Defendants Par Pharmaceutical* |
| Dennis A. Bennett | *Companies, Inc. and Par Pharmaceutical, Inc.* |
| GLOBAL PATENT GROUP, LLC |  |
| 1005 North Warson Road, Suite 201 |  |
| St. Louis, Missouri 63132 |  |
| Telephone: (314) 812-8018 |  |
| Facsimile: (314) 685-2300 |  |
| Email: dennisbennett@globalpatentgroup.com |  |

*Attorneys for Plaintiffs Horizon Pharma, Inc.*
*and Horizon Pharma USA, Inc.*

SO ORDERED this _____ day of _____, 2013.

_____
Hon. Leonard P. Stark, U.S.D.J.